No. 758. CAMERON ET AL. *v.* RICHARD ET AL.—Appeal from the District Court of Arecibo. Motion to dismiss the appeal. Decided October 12, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911. *Mr. Domingo Massari* for petitioners. *Mr. Cayetano Coll y Cuchí* for respondent.

No. 759. CORTÉS HERMANOS & CO. *v.* PADRÓ ET AL.—Appeal from the District Court of Arecibo. Decided October 12, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911. *Mr. Domingo Massari* for petitioners. *Mr. Frank Antonsanti* for respondent.

No. 709. LANDRAU *v.* PORTO RICO POWER AND LIGHT COMPANY.—Appeal from the District Court of San Juan. Decided October 12, 1911. Appeal withdrawn on motion of appellant. *Messrs. José G. Torres* and *Augusto Malaret* for appellant. *Messrs. Henry F. Hord* and *H. H. Scoville* for respondent.

No. 710. LANDRAU *v.* PORTO RICO POWER AND LIGHT COMPANY.—Appeal from the District Court of San Juan. Decided October 12, 1911. Appeal withdrawn on motion of the plaintiff. *Mr. Henry F. Hord* for appellant. *Messrs. José G. Torres* and *Augusto Malaret* for respondent.

No. 760. MÁRQUEZ HERMANOS *v.* LEZCAÑO.—Appeal from the District Court of Arecibo. Motion to dismiss the appeal. Decided October 12, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911. *Mr. Domingo Massari* for petitioners. *Mr. Antonio Lens Cuena* for respondent.